# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case No.:** 19-57751-JWC | **Trustee Name:** | (300320) S. Gregory Hays |
| **Case Name:** RUFFIN, CARLTON | **Date Filed (f) or Converted (c):** | 05/17/2019 (f) |
| | **§ 341(a) Meeting Date:** | 06/18/2019 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** | 11/04/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=§554(a) abandon. | Sale/Funds<br>Received by the<br>Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1 | 1610 Neighborhood Walk, McDonough, GA 30252-0000, Henry County<br>See also asset # 17, adversary # 20-6030. | 138,900.00 | 24,080.89 | | 0.00 | 159,746.00 |
| 2 | 2001 Ford Explorer Sport Trac, 252,000 miles<br>Abandoned per Notice, Dkt # 13. | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1999 Chevrolet Suburban, 210,000 miles<br>Abandoned per Notice, Dkt # 13. | 1,850.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household Goods or Furniture | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes and Shoes | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Dog- Rottweiler<br>Abandoned per Notice, Dkt # 13. | 100.00 | 0.00 | OA | 0.00 | FA |
| 8 | Checking: Navy Federal CU | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Savings: Navy Federal CU | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Suntrust | 1.50 | 0.00 | | 0.00 | FA |
| 11 | Savings: Suntrust | 1.00 | 0.00 | | 0.00 | FA |
| 12 | Savings: First Advantage CU | 13.00 | 0.00 | | 0.00 | FA |
| 13 | Publix Stock- 4 shares | 170.00 | 0.00 | | 0.00 | FA |
| 14 | 401k: Publix 401k | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | 401k: Piemont 401k | 80.00 | 0.00 | | 0.00 | FA |
| 16 | Metlife: Sister and Father | 0.00 | 0.00 | | 0.00 | FA |
| 17* | Adversary # 20-06030 - Hays vs. HUD (u)<br>See also Asset # 1.  (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| **17** | **Assets         Totals**     (Excluding unknown values) | **$149,865.50** | **$24,080.89** | | **$0.00** | **$159,746.00** |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 2

| | |
|---|---|
| **Case No.:** 19-57751-JWC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** RUFFIN, CARLTON | **Date Filed (f) or Converted (c):** 05/17/2019 (f) |
| | **§ 341(a) Meeting Date:** 06/18/2019 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 11/04/2019 |

RE PROP# 17  Trustee obtained Final Judgment that all Transfers arising from or as a result of the HUD Deed are avoided under 11 U.S.C. § 544(a)(3), pursuant to Count I of the Complaint [Doc. No. 1]. It is further ORDERED AND ADJUDGED that Trustee hereby recovers from HUD the interest in the Property, or any sale proceeds resulting from the Property, transferred through the avoided Transfers under 11 U.S.C. § 550, pursuant to Count II of the Complaint.

**Major Activities Affecting Case Closing:**

Trustee intends to list the real property located at 1610 Neighborhood Walk, McDonough, GA 30252 for sale or negotiate a sale of the bankruptcy estate's interest in the real property to the Debtor.

Trustee obtained a Final Judgment that all Transfers arising from or as a result of the U.S. Secretary of Housing and Urban Development ("HUD") security deed are avoided under 11 U.S.C. § 544(a)(3), pursuant to Count I of the Complaint against HUD. The Trustee recovered from HUD the interest in the real property, or any sale proceeds resulting from the Debtor's real property, transferred through the avoided Transfers under 11 U.S.C. § 550, pursuant to Count II of the Complaint.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 08/31/2021 | **Current Projected Date Of Final Report (TFR):** 08/31/2021 |
| 07/30/2020 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |