**IT IS ORDERED as set forth below:**

**Date: April 26, 2021**



_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CARLTON RUFFIN, | : | CASE NO. 19-57751-JWC |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING SETTLEMENT UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On March 15, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Carlton Ruffin ("**Debtor**"), filed his *Motion for Order Authorizing Compromise and Settlement with Debtor under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 34] (the "**Motion**"), seeking an order, among other things, approving a Settlement Agreement[1] pursuant to which, *inter alia*,[2] Trustee and Debtor (the "**Parties**"), settle the claim that the Bankruptcy Estate has regarding that certain real

---

[1]    Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

property with a common address of 1610 Neighborhood Walk, McDonough, Henry County, Georgia, 30252 (the "**Property**") for total payments (the "**Scheduled Payments**") from Debtor in the amount of $31,000.00 in exchange for Trustee's abandoning the Interest in the Property to Debtor.  In addition, there are events of default, cure provisions, and liquidated damage provisions related to timely payment of the Scheduled Payments.  Finally, Debtor is required to maintain and insure the Property and pay his Mortgage Payments during the pendency of the Scheduled Payments.  The exact terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

On March 16, 2021, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 35] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-2018, and setting a hearing on the Motion on April 22, 2021 (the "**Hearing**").  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on March 16, 2021.  [Doc. No. 36].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

Counsel for Trustee and Debtor appeared at the Hearing, and announced that the Parties had agreed to amend the Settlement Agreement so that the first Scheduled Payment was due on April 15, 2021 rather than March 15, 2021.  No creditors or parties in interest appeared at the Hearing.

---

[2]    The following is a summary of the Settlement Agreement and is not intended to be comprehensive.  To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the terms of the Settlement Agreement shall controls.

16484784v1

The Court having considered the Motion, statements by counsel at the Hearing, and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated herein; provided, however, that the first Scheduled Payment shall be due on April 15, 2021 rather than March 15, 2021. It is further

**ORDERED** that the Parties may take any other actions necessary to effectuate the terms of the Settlement Agreement. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by**:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-7030
Email: michael.bargar@agg.com

16484784v1

**Order reviewed and consented to by:**

BROOKHUIS LAW, LLC

By:_/s/ John G. Brookhuis_     _(with express permission by Michael J. Bargar)_
    John G. Brookhuis
    Georgia Bar No. 940484
PO Box 17919
Atlanta, GA 30316
(678) 390-8070
Email: brookhuisbankruptcy@gmail.com


**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

John Gerard Brookhuis
Brookhuis Law, LLC
PO Box 17919
Atlanta, GA 30316

Carlton Ruffin
1610 Neighborhood Walk
McDonough, GA 30252

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

16484784v1