**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia

IN THE MATTER OF:  CASE NUMBER:

**Carlton Ruffin,**  19−57751−jwc

CHAPTER: **7**

Debtor(s)

## NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:**  Truist Bank
**Proposed Transferor:**  SunTrust Bank
Owner of claim per Court records:  SunTrust Bank
Claim Number(s)  5

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.  Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated May 9, 2022

_M. Regina Thomas_

M. Regina Thomas , Clerk of Court
U.S. Bankruptcy Court

Form 428